FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Flora Boyd**                                      Case No. **15-27831**
Debtor(s)                                                 Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Flora Boyd** | S.S.# **xxx-xx-0327** |
| | (W) | S.S.# |
| ADDRESS: | **1313 Ryanwood** | |
| | **Memphis, TN 38116** | |

PLAN PAYMENT: Debtor(s) to pay $ **590.00**    (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:                  OR ( **X** ) DIRECT PAY
BECAUSE:    **n/a**
FIRST PAYMENT DATE:    **September 1, 2015**

PLACE OF EMPLOYMENT:
ADMINISTRATIVE:    Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**-NONE-**         Ongoing pmt. Begin **N/A**                                    $ **N/A**
Approx. arrearage **N/A**    Interest **N/A** %                $ **N/A**

SECURED CREDITORS;        VALUE            RATE OF            MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL        INTEREST            PLAN PMT.
**Wilson & Associates**        $ **82,900.00**        **5.25** %        $ **525.00**

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **0** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:    **$0.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **I.B. Warner 028289**
**Law Office of I.B. Warner**
**3355 Poplar Avenue**
**Suite 204**
**Memphis, TN 38111**
**901-590-2649 Fax:901-302-9260**